JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| MEDIA TECHNOLOGIES LICENSING, LLC, a California limited liability company,<br><br>           Plaintiff,<br><br>     v.<br><br>THE UPPER DECK COMPANY, a corporation, et al.,<br><br>           Defendants. | <u>SA CV 01-1198 AHS (ANx)</u><br>consolidated with<br><u>SA CV 03-897 AHS (ANx)</u><br><br><br><br>JUDGMENT |

Defendants' motion for summary judgment that the patents in suit are invalid on obviousness grounds, plaintiff's motion for partial summary judgment on defendants' and counter-claimants' affirmative defenses and counterclaims for declaratory relief that the claims of the patents in suit are invalid under Section 102 of the Patent Act, and defendants' motion for summary judgment for non-infringement came regularly for hearing before the Court, the Honorable Alicemarie H. Stotler, Chief Judge, presiding.  The matters having been duly heard and considered and rulings having been duly rendered,

```
 1
 2            IT IS ORDERED AND ADJUDGED:
 3            that plaintiff takes nothing from defendants on the
 4  complaint, that judgment on the counterclaim for declaratory
 5  relief as to invalidity of the patents in suit on obviousness
 6  grounds is granted in favor of counterclaimants and against
 7  plaintiff/counterdefendant, the balance of the counterclaim is
 8  dismissed without prejudice, and each party shall bear its own
 9  costs of suit.
10            DATED:  October 6, 2008.
11
12                                    ALICEMARIE H. STOTLER
                                     _____
                                      ALICEMARIE H. STOTLER
13                                    CHIEF U.S. DISTRICT JUDGE
```